1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>DOI HIEN DUONG, dba 99 DISCOUNT STORE, et al.,<br><br>           Defendants. | No.   1:13-cv-01103-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1   IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and
2 Defendants Doi Hien Duong, dba 99 Discount Store; Hanh Thuy Le, dba 99 Discount Store; TC
3 Properties Management, Ltd, a California Limited Partnership, the parties to this action, by and
4 through their respective counsel, that pursuant to Federal Rule of Civil Procedure
5 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each
6 party is to bear its own attorneys' fees and costs.

7 Date: October 21, 2013                MOORE LAW FIRM, P.C.

9                                        /s/ Tanya E. Moore
                                         Tanya E. Moore
10                                       Attorney for Plaintiff
                                         NATIVADAD GUTIERREZ

12 Date: October 23, 2013                PURVIS & ELDER, LLP

14                                       /s/ Michael L. Elder
                                         Michael L. Elder
15                                       Attorneys for Defendants
                                         Doi Hien Duong, dba 99 Discount Store;
16                                       Hanh Thuy Le, dba 99 Discount Store

18 Date: October 22, 2013                /s/ Robert W. Dillon
                                         Robert W. Dillon
19                                       Attorneys for Defendant
                                         TC Property Management

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 23, 2013**            /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE