1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 NATIVIDAD GUTIERREZ,            ) No.  1:13-cv-01103-LJO-BAM
                                   )
12          Plaintiff,              ) **STIPULATION FOR DISMISSAL OF**
                                   ) **ACTION; ORDER**
13     vs.                          )
                                   )
14 DOI HIEN DUONG, dba 99 DISCOUNT  )
   STORE, et al.,                  )
15                                 )
                                   )
16          Defendants.             )
                                   )
17 _____  )

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and
2 Defendants Doi Hien Duong, dba 99 Discount Store; Hanh Thuy Le, dba 99 Discount Store; TC
3 Properties Management, Ltd, a California Limited Partnership, the parties to this action, by and
4 through their respective counsel, that pursuant to Federal Rule of Civil Procedure
5 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each
6 party is to bear its own attorneys' fees and costs.

Date: October 21, 2013                MOORE LAW FIRM, P.C.


                                      /s/ Tanya E. Moore
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      NATIVADAD GUTIERREZ

Date: October 23, 2013                PURVIS & ELDER, LLP


                                      /s/ Michael L. Elder
                                      Michael L. Elder
                                      Attorneys for Defendants
                                      Doi Hien Duong, dba 99 Discount Store;
                                      Hanh Thuy Le, dba 99 Discount Store


Date: October 22, 2013                /s/ Robert W. Dillon
                                      Robert W. Dillon
                                      Attorneys for Defendant
                                      TC Property Management

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 23, 2013**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE